# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0942
_____

T.M., Mother of I.M. and V.B.,
Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

May 28, 2024


PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

T.M., pro se, Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb and Catlin E. Burke, Tallahassee, for Appellee Statewide Guardian ad Litem Office.